UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :       **UNSEALING ORDER**
                                   :
ALEKSANDER LIPKIN,                 :       S1 06 Cr. 1179
      a/k/a "Alex,"                :
      a/k/a "Shorty,"              :
      a/k/a "Melekiy,"             :
GALINA ZHIGUN,                     :
GARRI ZHIGUN,                      :
MARYANN FURMAN,                    :
      a/k/a "Marina,"              :
IGOR MISHELEVICH,                  :
      a/k/a "Ryzhiy,"              :
ALEX GORVITS,                      :
      a/k/a "Lyosha,"              :
MARINA DUBIN,                      :
IGOR BUZAKHER,                     :
      a/k/a "Jeff,"                :
JOSEPH PAPERNY,                    :
DANIEL MIKHLIN,                    :
      a/k/a "Danik,"               :
JOHN GELIN,                        :
      a/k/a "Buddha,"              :
FRANSWA LIGON,                     :
FUAD YAKUBOV,                      :
RICARDO ACOSTA,                    :
ERIC CALLAHAN,                     :
DOUGLAS ELLISON,                   :
OLEG ANOKHIN,                      :
DAVID NEUSTEIN,                    :
TOMER SINAI,                       :
      a/k/a "Tom,"                 :
NATHANIEL KESSMAN,                 :
CARL CARR,                         :
JOHN CIAFOLO,                      :
LUCIANNE MORELLO,                  :
FAINA PETROVSKAYA,                 :
MARIYA BADYUK,                     :
      a/k/a "Masha," and           :
MARINA KLOTSMAN,                   :

                Defendants.

- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
JUL 1 0 2007

WHEREAS, the above-captioned Indictment was returned on July 3, 2007 and, upon application of the Government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned Indictment be unsealed;

IT IS HEREBY ORDERED that the Indictment docketed as S1 06 Cr. 1179 be unsealed.

Dated: New York, New York
     July 9, 2007

          JUL 1 0 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

THEODORE H. KATZ
UNITED STATES      MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK