AUSA: KATHERINE GOLDSTEIN (212) 637-2641

ORIGINAL

CR 12 (Rev. 5/03)

**WARRANT FOR ARREST**

| **United States District Court** | DISTRICT<br><br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARYANN FURMAN, a/k/a "Marina" | DC____    MAGISTRATE'S CASE NO.<br><br>SI 06 CR 1179 (R.?.1 )<br>NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED |
| WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | MARYANN FURMAN, a/k/a "Marina"<br><br>DISTRICT OF ARREST |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Conspiracy to commit mail, wire and bank fraud

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>1341, 1343 and 1349 |
|---|---|---|

| | BAIL | OTHER CONDITIONS OF RELEASE | |
|---|---|---|---|
| ORDERED BY<br>HON. DEBRA FREEMAN | | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED |
| CLERK OF COURT<br>J. MICHAEL McMAHON | | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>7\3\2007<br>DATE EXECUTED<br>\13 2007 | NAME AND TITLE OF ARRESTING OFFICER<br>SA TrACIE A<br>RAZZAGONE, FBI | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.