RECEIVED JUL 20 2007 CHAMBERS OF RICHARD J. HOLWELL

# THE LAW OFFICES OF
# VINCENT J. MARTINELLI
ATTORNEY AND COUNSELOR AT LAW
2040 VICTORY BOULEVARD
STATEN ISLAND, NY 10314
TELEPHONE: (718) 667-0500
FACSIMILE: (718) 667-5326

NEW JERSEY OFFICE
260 Route 34 South
Matawan, NJ 07747
Tel.: (732) 566-6366

ADMITTED IN NEW YORK
AND NEW JERSEY

**Via Facsimile: 212-805-7948**

Honorable Richard J. Holwell
United States District Judge, SDNY
US Courthouse
500 Pearl Street – Room 1950
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/07

July 19, 2007

Re:  US v. Maryann Furman, et al.
S1-06-CR-1179 (RJH)

Dear Judge Holwell:

I represent Ms. Furman on the above referenced matter.

On July 10, 2007, Magistrate Theodore H. Katz set a $500,000 PRB on this matter co-signed by four financially responsible persons and $250,000 in property and released the defendant, who is six-months pregnant, on two signatures with the remaining conditions to be met by July 20th. I write to respectfully request that, with the consent of AUSA Katherine Goldstein whom I spoke with today, that the remaining conditions are to be met by Friday, July 27th as I am in the process of finalizing the signature of one remaining surety and the lien for the property.

Thank you for your time and consideration.

Very truly yours,

Vincent Martinelli

*Application Granted*
*So ORDERED*
*[signature]*
*USDJ*
*7/27/07*

VJM/meb

CC: AUSA Katherine Goldstein (via facsimile at 212-637-0097)