USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _/_/__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES of AMERICA,                :        06 CR 01179 (RJH)

 

 -against-                                     :        **ORDER**

ALEKSANDER LIPKIN, et al,                :

 

               Defendant.                      :

-----------------------------------------------------------------x

The pretrial conference scheduled for February 15, 2008 is rescheduled to

March 07, 2008, at 2:30 p.m., in the courtroom of the Honorable Richard J. Holwell,

Courtroom 17B, 500 Pearl Street, New York, New York 10007.   Time is excluded from

February 15, 2008 until March 07, 2008 under the Speedy Trial Act, as there are motions are

still pending before the Court.

Dated: New York, New York
January 10, 2008
SO ORDERED:

_____

Richard J. Holwell
United States District Judge