# UNITED STATES DISTRICT COURT

__SOUTHERN__   DISTRICT OF   __NEW YORK__

UNITED STATES OF AMERICA

**APPEARANCE**

-against-

Case Number: 06 Cr. 1179 (RJH)

MARYANN FURMAN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MARYANN FURMAN

I certify that I am admitted to practice in this court.

6-16-08
Date

*[Signature]*
Signature

Corey Winograd        (CW-8280)
Print Name            Bar Number

450 Seventh Avenue, Suite 1308

New York,       New York        10123
City            State           Zip Code

(212) 268-6900          (212) 629-5825
Phone Number            Fax Number